UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:11CR48 HEA |
| | ) |
| VERNON MCCRARY, | ) |
| | ) |
| Defendant. | ) |

### **ORDER**

**IT IS HEREBY ORDERED** that this case is transferred to the Honorable Jean C. Hamilton.

Dated this 6th day of January, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE